**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| JANOS SANDOR,<br>ADMINISTRATOR OF THE ESTATE<br>OF XAVIER MITCHELL-SANDOR | ) ) ) | |
| | ) | |
| Plaintiff, | ) | |
| V. | ) | No. 3:24-cv-00946-RNC |
| | ) | |
| UNITED STATES OF AMERICA,<br>HUNTINGTON INGALLS INDUSTRIES, INC.<br>AND HUNTINGTON INGALLS<br>INCORPORATED | ) ) ) ) | |
| | ) | |
| Defendants. | ) | JULY 16, 2024 |

<u>**PLAINTIFF'S REPLY TO DEFEDANTS, HUNTINGTON INGALLS INCORPORATED**</u>
<u>**AND HUNTINGTON INGALLS INDUSTRIES, INC.'S OBJECTION TO THE MOTION**</u>
<u>**FOR EXTENSION OF TIME**</u>

Pursuant to Rule 7(d) of the Local Civil Rules, the Plaintiff in the above captioned case files this reply to Defendants Huntington Ingalls Incorporated and Huntington Ingalls Industries, Inc.'s [hereinafter "Defendants HII"] objection (Document No. 43) to its Motion for Extension of Time filed on July 11, 2024 (Document No. 40).

The Plaintiff has made a prima facie case for the exercise of personal jurisdiction simply by alleging in its complaint that jurisdiction exists under Conn. Gen. Stat. § 52-59b. This Court has held that, when discovery has not yet been conducted, "the plaintiff's prima facie showing may be established solely by reference to the jurisdictional allegations in the complaint." *Musso v. Seiders*, 194 F.R.D. 43, 48 (D. Conn. 1999). In *Musso*, this Court relied on the holding in the Second Circuit Court of Appeals case *Ball v. Metallurgie Hoboken-Overpelt*, in which the Court concluded that "the plaintiff's prima facie showing may be established solely by allegations." *Ball v.*

THE REARDON LAW FIRM, P.C.
Attorneys at Law
160 Hempstead Street • P.O. Drawer 1430 • New London, CT 06320 • Tel. (860) 442-0444 • Juris No. 102515

*Metallurgie Hoboken-Overpelt, S.A.*, 902 F.2d 194, 197 (2d Cir. 1990). In both cases, the Court determined that "the nature of the plaintiff's obligation varies depending on the procedural posture of the litigation" and that "prior to discovery, a plaintiff challenged by a jurisdiction testing motion may defeat the motion by pleading in good faith … legally sufficient allegations of jurisdiction." *Id*. Therefore, it is clear that, at this stage of the litigation, the allegations in the Plaintiff's Complaint are enough to permit further jurisdictional discovery.

However, if the Court finds that additional evidence is necessary to determine whether the Defendants should be subject to jurisdiction of this Court, limited discovery on the topic of personal jurisdiction should be allowed. In fact, the Defendants set forth facts outside of the Complaint in support of their argument that personal jurisdiction does not exist, so depositions and written discovery on the topic would be appropriate.

Should the Court conclude that a prima facie showing requires consideration of specific evidence, the Plaintiff can provide sufficient contacts between Defendants and the state of Connecticut to establish jurisdiction under C.G.S. § 52-59b. According to C.G.S. § 52-59b:

> As to a cause of action arising from any of the acts enumerated in this section, a court may exercise personal jurisdiction over any nonresident individual … who in person or through an agent: (1) Transacts any business within the state …  (4) owns, uses or possesses any real property situated within the state; or (5) uses a computer, as defined in subdivision (1) of subsection (a) of section 53-451, or a computer network, as defined in subdivision (3) of subsection (a) of said section, located within the state.

"The Connecticut Supreme Court has interpreted the language of Conn. Gen. Stat. § 52–59b(a)(1) 'to embrace a single purposeful business transaction.'" *Amerbelle Corp. v. Hommell*, 272 F. Supp. 2d 189, 193 (D. Conn. 2003), *citing to Zartolas v.*

*Nisenfeld*, 184 Conn. 471, 474, 440 A.2d 179 (1981). The Defendants have transacted more than "a single purposeful business transaction" within Connecticut to avail themselves of Connecticut law. They have numerous job postings listed within the state at any one time, signing employment contracts with residents of Connecticut. (See **Exhibit A** for current and recent job postings by the Defendants.) As these job postings demonstrate, Defendants transact business in the state and have offsite offices located in Groton and New London, Connecticut. With offices located in Connecticut, Defendants have employees who use computers/computer networks in the state. Further, through the Defendant's Annual 10-K filing, they have demonstrated that they conduct business in the state by outlining their teaming agreement with Electric Boat Corporation, a corporation headquartered in Groton, Connecticut. (See **Exhibit B** for the relevant pages of Defendants' 10-K filing, pg. 3) The Defendants frequently work as subcontractors to Electric Boat, being awarded contracts to integrate product and process development. (See **Exhibit B**, pg. 51-52.)

While a threshold showing that there is basis for personal jurisdiction has been made, limited discovery on the topic should be permitted and this Motion for Extension of Time to conduct discovery should be allowed. Such discovery is and has been permitted, especially in cases where the facts needed to show jurisdiction would not be openly available for the Plaintiff, such as facts pertaining to government contracts.

> A plaintiff who is a total stranger to a corporation should not be required, unless he has been undiligent, to try such an issue on affidavits without the benefit of full discovery. If the court did not choose to hear witnesses, this may well have been within its province, but in such event plaintiff was certainly entitled to file such further interrogatories as were reasonably necessary and, if he wished, to take depositions. The condemnation of plaintiff's proposed further activities as a 'fishing expedition' was

unwarranted. When the fish is identified, and the question is whether it is in the pond, we know no reason to deny a plaintiff the customary license.

*Surpitski v. Hughes-Keenan Corp.*, 362 F.2d 254, 255–56 (1st Cir. 1966).

As such, Plaintiff requests that the Court overrule Defendants HII's objection and grant its Motion for Extension of Time.

THE PLAINTIFF,

By /s/ Elizabeth R. Tress (ct31656)
Elizabeth R. Tress, Esq. (ct31656)
Kelly E. Reardon, Esq. (ct28441)
Robert I. Reardon, Esq. (ct05358)
**THE REARDON LAW FIRM, P.C.**
160 Hempstead St
PO Drawer 1430
New London, CT 06320
Email: kreardon@reardonlaw.com
Email: rreardon@reardonlaw.com

THE REARDON LAW FIRM, P.C.
Attorneys at Law
160 Hempstead Street • P.O. Drawer 1430 • New London, CT 06320 • Tel. (860) 442-0444 • Juris No. 102515

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JANOS SANDOR,<br>ADMINISTRATOR OF THE ESTATE<br>OF XAVIER MITCHELL-SANDOR | )<br>)<br>)<br>) | |
| Plaintiff,<br>V. | )<br>)<br>)<br>) | No. 3:24-cv-00946-RNC |
| UNITED STATES OF AMERICA,<br>HUNTINGTON INGALLS INDUSTRIES, INC.<br>AND HUNTINGTON INGALLS<br>INCORPORATED | )<br>)<br>)<br>)<br>) | |
| Defendants. | ) | JULY 16, 2024 |

### AFFIDAVIT OF ELIZABETH R. TRESS

I, Elizabeth R. Tress, being duly sworn depose and say:

1. I am over the age of 18 and believe in and understand the obligations of an oath.

2. I am an attorney at The Reardon Law Firm, P.C. and I represent the Plaintiff in the above-named action.

3. Attached as Exhibit A is a true and accurate copy of job postings I found posted online and printed on June 17, 2024 and July 15, 2024.

4. Attached as Exhibit B is a true and accurate copy of the relevant pages of the Defendants' 2023 Form 10-K printed on July 16, 2024.

_____
Elizabeth R. Tress, Esq.

Subscribed and sworn to by me,
the undersigned officer, on this
18th day of July, 2024.

_____
Notary Public

**RENEE WATROUS**
*NOTARY PUBLIC*
My Commission Expires Apr. 30, 2028

THE REARDON LAW FIRM, P.C.
Attorneys at Law
160 Hempstead Street • P.O. Drawer 1430 • New London, CT 06320 • Tel. (860) 442-0444 • Juris No. 102515

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on July 16, 2024, a true and correct copy of the foregoing was served electronically on all counsel of record via CM/ECF.

By <u>/s/ Elizabeth R. Tress (ct31656)</u>
Elizabeth R. Tress, Esq. (ct31656)
Kelly E. Reardon, Esq. (ct28441)
Robert I. Reardon, Esq. (ct05358)
**THE REARDON LAW FIRM, P.C.**
160 Hempstead St
PO Drawer 1430
New London, CT 06320
Email: kreardon@reardonlaw.com
Email: rreardon@reardonlaw.com

THE REARDON LAW FIRM, P.C.
Attorneys at Law
160 Hempstead Street • P.O. Drawer 1430 • New London, CT 06320 • Tel. (860) 442-0444 • Juris No. 102515

**EXHIBIT A**

THE REARDON LAW FIRM, P.C.
Attorneys at Law
160 Hempstead Street • P.O. Drawer 1430 • New London, CT 06320 • Tel. (860) 442-0444 • Juris No. 102515

← **Google**    🔍   huntington ingalls jobs connecticut    ✕    ⠿    
Near Connecticut

    Jobs        Saved        Alerts

⇄   Location    Date posted    New to you    Requirements    Type       *Feedback Learn more*

[ 2 mi ] [ 5 mi ] [ 15 mi ] [ 30 mi ] [ 60 mi ] [ 200 mi ] [ Anywhere ]    ( All ) ( ⤴ Work from home ) ( Groton, CT )

---

**PROD PLNG AND**
**SCHEDULER 1 - GROTON,**
**CONNECTICUT**    🔖
Huntington Ingalls
Groton, CT
via Huntington Ingalls Industries - HII

🕐 7 days ago   💼 Full-time   ⊕ Health insurance
🦷 Dental insurance

---

**PROD PLNG AND**
**SCHEDULER 1 - GROTON,**
**CONNECTICUT**    🔖
Huntington Ingalls Industries
Waterford, CT
via Adzuna

🕐 5 days ago   💼 Full-time   ⊕ Health insurance
🦷 Dental insurance

---

# PROD PLNG AND
# SCHEDULER 1 -

 Huntington Ingalls
Groton, CT

       🔖 SAVE

Apply on Huntington Ingall...    Apply on ZipRecruiter    Apply on

🕐 7 days ago   💼 Full-time   ⊕ Health insurance   🦷 Dental insurance

## Job highlights
Identified by Google from the original job post

**Qualifications**

- Clearance Required: No -
  Clearance Not Required to Start
- Bachelor's Degree and 0 years of
  relevant exempt experience
- One of the following may be
  used as equivalent to Bachelor's
  Degree to meet minimum...
- NNS Apprentice School
  graduate
- Navy Nuclear Power School
  (NNPS) graduate
- Associate's Degree or other
  formal 2 year program and 2
  years of relevant exempt...
  5 more items

**Responsibilities**

- This role is located at Electric
  Boat in Groton, CT and will
  support Planning and...
- This position coordinates
  planning and material
  management efforts for...
  5 more items

**Benefits**

- Virtual/Telework Opportunity:
  Yes - Occasional or hybrid
  telework available
- Salary Range: $56,134.00 to
  $63,067.00
  2 more items

⌄    More job highlights

## Job description

Req ID: 37892

Team: X83 GRTN NSSN DS/BLD...

New job alerts

 **HII**                                                                            🔍  ☰

Search by Keyword

Search by Location

Show More Options

Search Jobs

Clear

Select how often (in days) to receive an alert:  [ 7 ]   ✉ Create Alert

Apply now ▾

# PROD PLNG AND SCHEDULER 1 - GROTON, CONNECTICUT

**Location:** Groton, Connecticut, United States
**Date:** Jun 11, 2024
Req ID: 37892
Team: X83 GRTN NSSN DS/BLD
Entity: Newport News Shipbuilding
US Citizenship Required for this Position: Yes
Full-Time
Shift: 1st
Relocation: No relocation assistance available
Virtual/Telework Opportunity: Yes - Occasional or hybrid telework available
Travel Requirements: Yes, up to 10% of the time
Clearance Required: No - Clearance Not Required to Start
Salary Range: $56,134.00 to $63,067.00

Meet HII's Newport News Shipbuilding
With more than 25,000 employees – including third-, fourth- and even fifth-generation shipbuilders – HII's Newport News Shipbuilding (NNS) division is the largest industrial employer in Virginia. We're the sole designer, builder and refueler of U.S. Navy nuclear aircraft carriers and one of two providers of U.S. Navy nuclear submarines. Our diverse and innovative team of professionals ranges from skilled trades to project managers, engineers and software developers to solution architects, technical subject matter experts, and system users. Anchored in our rich, 135-year history, we collaborate together at the forefront of technology, manufacturing, and integration of the most powerful and survivable naval ships in the world. Want to be part of the team? Apply today! We look forward to meeting you.

## The Role

This role is located at Electric Boat in Groton, CT and will support Planning and Production Control for Newport News Shipbuilding's (NNS) Submarine Program Field Office in Connecticut. This position coordinates planning and material management efforts for COLUMBIA Class Submarines across multiple disciplines, (e.g. Mechanical, Electrical, Structural, and Piping).

Reviews material production schedules, required in-yard need dates, and coordinates material requirements and NNS/EB shipyard transfers to ensure materials are available to meet production requirements. Plans, prepares, issues and controls production schedules and coordinates with material requirements to ensure a controlled flow of approved materials timed to meet production requirements. Advises management of the status of work in progress, material availability, and potential production problems to ensure that personnel,



 Software Engineer...

Software Engineer 1 4 (SkillBridge Intern)

 Hanover

Search Jobs

Cancel

Home » Software Engineer 1-4 (Skillbridge Intern) » Software Engineer 1-4 (Skillbridge In

Software Engineer 1-4 (SkillBridge Intern)

## Job Details

Hanover, Connecticut, United States

Huntington Ingalls Industries

07/05/2024



Apply To Job!

## Full Job Description

Requisition Number: 8380Required Travel: 0 - 10%Employment Type: Temporary WorkerHours Per Week: 40.00Security Clear ance: SecretLevel of Experience: MidJob DescriptionProgram of Instruction (POI)This is an UNPAID internship through the DoD SkillBridge Program for transitioning active-duty US military personnel. DoD SkillBridge Internships are available to help transitioning active-duty military personnel gain real-world experience in the work force sometime during their final 180 days of active-duty service. The intern will actively train on meaningful projects and work closely with a mentor and with senior company leadership. HII Mission Technologies Internship programs are focused on placing transitioning military into internships that require KSAs, Education & Military Train

similar to their current or previous military jobs, positions that could easily transition over to a full-time regular and permanent job with HII.Essential Job ResponsibilitiesFor this internship, the SkillBridge intern will train as a Software Engineer with HII Mission Technologies, reporting to a designated HII Mission Technologies Supervisor, with the goal of offering you the opportunity to work alongside subject matter experts and assist in providing critical support to our clients. Our experts will provide on-the-job training, and ensure interns complete our program with the confidence to accurately apply and perform the skills learned in this internship throughout their future careers. This internship not only provides you the opportunity to gain valuable work experience in a professional environment, but also allows you a look at what HII Mission Technologies can offer you as an employee.Desired End State (3 - 4 month target)At the end of four months, the intern will be able to develop products using various programming languages as needed during their time, understand how to test their code, work with an agile software engineering team.The intern will develop a good understanding of the aspects of software development equipment, configurations, operation, and troubleshooting procedures. This includes:Software Configuration Management tools – such as GitAutomated testing tools such as Jenkins and SonarSoftware Ticket Systems such as JiraIntegrated Development Environments (product dependent)Mission Technologies will benefit from the military background of the SkillBridge intern and considers the SkillBridge internship an overall positive experience.Assumptions - RestrictionsSkillBridge Intern will possess at minimum an Active Secret Security Clearance.SkillBridge Intern will be available during core hours for critical meetings and training.Training PlanPhase 1 - BasicsWeek 1: In processing, Introductions/office familiarizationWeek 2: Intro to Software Product Teams – JSAF, JBUS, NEXUS, Watchtower, NEWTTWeek 3: Intro to Software Integrated Development Environment & Programming Language assessments (C++, Java, Javascript, or related in Linux Environment)Week 4: Intro to NCTEWeek 5: Intro to Agile/ScrumPhase 2 - Agile DevelopmentWeek 6: Product Development Bug FixingWeek 7: Product Development Peer ReviewWeek 8: Product Development Developer TestingWeek 9: Product Development FeaturesPhase 3 - Product Troubleshooting & Maintenance, NCTE Processes and AdministrationWeek 10: Product Troubleshooting & tools (Product Dependent, Debuggers, Loggers, Test Environment)Week 11: System Troubleshooting & tools (Red Hat, Windows depending on product)Week 12: NCTE administration, JIRA & Confluence trainingWeek 13: NCTE Process Asset Library (PAL)Additional GoalsEvent SupportProduct Sprint PlanningMinimum QualificationsActive-Duty Military ONLY within final 180 days of active-duty service. Education and Experience dependent on Program of Instruction.Bachelor's Degree in related fieldMust have a current/active DoD Secret Security ClearancePreferred RequirementsPhysical RequirementsPhysical Requirements will vary and is dependent on the Program of Instruction.HII is a global engineering and defense technologies provider. With a 135-year history of trusted partnerships in advancing U.S. national security, HII delivers critical capabilities ranging from the most powerful and survivable naval ships ever built, to unmanned systems, ISR and AI/ML analytics. HII leads the industry in mission-driven solutions that support and enable a networked, all-domain force. Headquartered in Virginia, HII's skilled workforce is 44,000 strong. For more information, please visit: hii.com ( .HII's Mission Technologies division develops integrated solutions that enable today's connected, all-domain force. Capabilities include C5ISR systems and operations; the application of AI and machine learning to battlefield decisions; defensive and offensive cyberspace strategi

and EW; unmanned, autonomous systems; LVC solutions; platform modernization; and critical nuclear operations. Together, HII's domain expertise and advanced technologies support mission partners anywhere around the globe. For more information, visit tsd.huntingtoningalls.com.HII is an Equal Opportunity/Vets and Disabled Employer. U.S. Citizenship may be required for certain positions.

Report Job

## Similar Jobs

### Entry Level Class A CDL Truck Driver - HIRING IMMEDIATELY NO EXPERIENCE!

06374 Plainfield, United States

Western Express

**Posted Today**

### Entry Level Sales Representative

21098 Hanover, United States

Southern National Roofing

**Posted Today**

### Entry Level Automotive Technician - FT

Full Time

21098 Hanover, United States

Avis Budget Group

Posted 1 Day Ago

### Entry Level Automotive Technician - PT

Part Time

21098 Hanover, United States



We use cookies and similar technologies on this site to enhance functionality, analyze traffic and usage, and deliver personalized content. I Learn More    I Accept

   DEMO

Home  >  Jobs Search  >  Material handling in Huntington Ingalls Industries

Material handling       Ridgefield, CT  ▼      Search

# Material handling

Huntington Ingalls Industries    Job Openings at Huntington Ingalls Industries  →
Ridgefield, CT  Full Time
POSTED ON 6/20/2024

AVAILABLE BEFORE 9/17/2024

## Job Posting for **Material handling** at **Huntington Ingalls Industries**

**Requisition Number :** 19489

**Required Travel :** 0 - 10%

**Employment Type :** Full Time / Hourly / Non-Exempt

Anticipated Salary Range : $35,048.00 - $40,705.00

**Security Clearance :** None

**Level of Experience :** Entry Level

**Meet HII's Mission Technologies Division**

Our team of more than 7,000 professionals worldwide delivers all-domain expertise and advanced technologies in service of mission partners across the globe.

Mission Technologies is leading the next evolution of national defense the data evolution - by accelerating a breadth of national security solutions for government and commercial customers.

Our capabilities range from C5ISR, AI and Big Data, cyber operations and synthetic training environments to fleet sustainment, environmental remediation and the largest family of unmanned underwater vehicles in every class.

Find the role that's right for you. Apply today. We look forward to meeting you.

To learn more about Mission Technologies, click here for a short video :

**Who We Are**

We are seeking Materials Handling Support personnel who will be performing Shipping, Receiving, and potentially Forklift driving at our local warehouse.

This is a full-time regular position located at our National City warehouse.

As the top ranked defense contractor on Forbes list of America's Best Large Employers, HII is committed to serving our employees, our communities, our service members, and our nation! We offer competitive benefits, education reimbursement, and professional development opportunities.

**What You Will Do**

Performs a combination of manual and clerical shipping and / or receiving duties which may require the use of hand trucks, forklifts, and other devices, as well as computers to maintain data.

Receives incoming materials or prepares materials for shipment. Verifies quantity, weight, and conformance of materials;

prepares records of materials shipped and bills of lading; routes materials to destinations. May lay out, fabricate, and assemble nonstandard shipping crates and boxes, and prepare parts and tooling for special shipment.

**Receiving**

Physically receive items that are delivered to facility

Place items in proper cages / places (using forklift, etc)

Physically inventory (verifying packing slip with shipment)

Entering shipment / material info into Costpoint Financial System within specified limits

Secure items into segregated areas based on procedures, government material procedures

Continue

**2 Easy Steps**
1. Click "Continue"
2. Add Securify fo

Daily inspections

Communicate to supervisor regarding maintenance / repair

Make decisions without direct supervision regarding : (note : usually employee would have opportunity to talk with others if needed)

o Hazmat related

o Load related

o Safety related

**Shipping**

Shipping to other facilities, task sites, vendors

Communicate directly with employees and teams on shipment details

Collect estimates for shipping vendor selection

**Miscellaneous facility duties as per supervisor**

Experience with tool tracking software program a plus

Experience with ToolTracker a plus

Check in / check out tools

Search for tools in database to help out teams (smaller facility)

General facility housekeeping

Assist in general facility projects (cage build, rack build, movement of areas and material)

Perform LPA duties for travel teams in operations not generally located in San Diego

Next level of procedures for government material handling

Storage

Kitting

Labeling

Entering into database (eQuip)

Checking material out (and sometimes back in) from teams on client task sites

What You Must Have

Must have Logistics / Supply Receiving experience.

Shipping Experience -

Must have experience inventorying

Must have experience using ToolTracker

Must have experience with Costpoint- Purchasing / Receiving financial system

**Must have experience with eQuip- Material tracking system**

Job Performance may require lifting and moving of furniture, supplies and equipment.

**Must be a US citizen and have a valid driver's license.**

High School Diploma or equivalent and 2 years additional education and / or related experience.

**Preferred Requirements**

Experienced and certified to drive a Forklift preferred.

**Physical Requirements**

Ability to lift forty pounds, carry and transport heavy equipment and boxes and work in high heat / cold environments, aboard ships, under industrial conditions, in confined spaces, at heights, and in extreme weather.

Ability to operate portable power tools. Work may involve climbing and working on ladders.

HII is more than a job - it's an opportunity to build a new future. We offer competitive benefits such as best-in-class medical, dental and vision plan choices; wellness resources; employee assistance programs; Savings Plan Options (401(k)); financial planning tools, life insurance;

employee discounts; paid holidays and paid time off; tuition reimbursement; as well as early childhood and post-secondary education scholarships.

Why HII

We build the world's most powerful, survivable naval ships and defense technology solutions that safeguard our seas, sky, land, space and cyber.

Our diverse workforce includes skilled tradespeople; artificial intelligence, machine learning (AI / ML) experts; engineers;

technologists; scientists; logistics experts; and business administration professionals.

Recognized as one of America's top large company employers, we are a values and ethics driven organization that puts people's safety and well-being first.

Regardless of your role or where you serve, at HII, you'll find a supportive and welcoming environment, competitive benefits, and valuable educational and training programs for continual career growth at every stage of your career.

**Do You Need Assistance?**

If you need a reasonable accommodation for any part of the employment process, please send an e-mail to and let us know the nature of your request and your contact information.

Reasonable accommodations are considered on a case-by-case basis. Please note that only those inquiries concerning a request for reasonable accommodation will be responded to from this email address.

Additionally, you may also call 1-844-849-8463 for assistance. Press #3 for HII Mission Technologies.

Last updated : 2024-06-19

View Less

☑ **Apply for this job**

☑ **Receive alerts for other Material handling job openings**

Report this Job

Continue

**2 Easy Steps**

1. Click "**Continue**"

2. Add Securify for Chrom

Salary.com Estimation for Material handling in Ridgefield, CT

# $41,342 - $53,368

For Employer

Looking to price a job for your company?

What job title are you looking to price?*

Price This Job →

FOR EMPLOYER

If your compensation planning software is too rigid to deploy winning incentive strategies, it's time to find an adaptable solution.

Compensation Planning →

LOOKING FOR ACCURATE SALARY DATA?

Enhance your organization's compensation strategy with salary data sets that HR and team managers can use to pay your staff right.

Surveys & Data Sets →

Sign up to receive alerts about other jobs that are on the **Material handling** career path.





Huntington Ingalls Industries
**PROJECT MANAGEMENT ANALYST 2**

📅 Posted 19 weeks 5 days ago

🤍

To see more jobs like this as they come available

Set Job Alerts

Visit the <u>Career page</u> to search more jobs now

Scroll to the bottom to apply

## Job Description



Req ID: 36109

Team: X83 GRTN NSSN DS/BLD

Entity: Newport News Shipbuilding

US Citizenship Required for this Position: Yes

Full-Time

Shift: 1st

Relocation: No relocation assistance available

Virtual/Telework Opportunity: Yes - Occasional or hybrid telework available

Travel Requirements: Yes, up to 10% of the time

Clearance Required: No - Clearance Not Required to Start

Salary Range: $65,468.00 to $86,138.00

Meet HII's Newport News Shipbuilding

With more than 25,000 employees - including third-, fourth- and even fifth-generation shipbuilders - HII's Newport News Shipbuilding (NNS) division is the largest industrial employer in Virginia. We're the sole designer, builder and refueler of U.S. Navy nuclear aircraft carriers and one of two providers of U.S. Navy nuclear submarines. Our diverse and innovative team of professionals ranges from skilled trades to project managers, engineers and software developers to solution architects, technical subject matter experts, and system users. Anchored in our rich, 135-year history, we collaborate together at



The Role

This position is located in the Newport News Shipbuilding offsite liaison office, dept. X83, located at Electric Boat in Groton/New London, CT.

Oversees and manages the operational aspects of ongoing projects and serves as liaison between project management and planning, project team, and line management. Reviews status of projects and budgets; manages schedules and prepares status reports. Assesses project issues and develops resolutions to meet productivity, quality, and client-satisfaction goals and objectives. Develops mechanisms for monitoring project progress and for intervention and problem solving with project managers, line managers, and clients.

Maintains metrics, develops reports, analyzes data, and develops written assessments that are used for presentations to internal and external customers on a weekly, monthly, and quarterly basis.

Must Have

Bachelor's Degree and 3 years of relevant exempt experience; Master's Degree and 1 years of relevant professional experience

One of the following may be used as equivalent to Bachelor's Degree to meet minimum qualifications:

* NNS Apprentice School graduate
* Navy Nuclear Power School (NNPS) graduate
* Associate's Degree or other formal 2 year program and 2 years of relevant exempt experience or 4 years of relevant non-exempt experience
* Military Paygrade E-5 or above military experience
* High School/GED and 4 years combined of Manufacturing, Shipbuilding, Trades, Military experience or other relevant exempt experience
* High School/GED and 8 years combined of Manufacturing, Shipbuilding, Trades, Military experience or other relevant non-exempt experience

Nice to Have

Knowledge in Microsoft Office products.

Why HII

We build the world's most powerful, survivable naval ships and defense technology solutions that safeguard our seas, sky, land, space and cyber. HII's diverse workforce includes skilled tradespeople; artificial intelligence, machine learning (AI/ML) experts; engineers; technologists; scientists; logistics experts; and business administration professionals.

Recognized as one of America's top large company employers, we are a values and ethics driven organization that puts people's safety and well-being first. Regardless of your role or where you serve, at HII, you'll find a supportive and welcoming environment, competitive benefits, and valuable educational and training programs for continual career growth at every stage of your career.

Working at HII is more than a job - it's an opportunity to build a future. We offer comprehensive benefits including: medical, prescription drug, dental and vision plan choices, on-site health centers, tele-medicine, wellness resources, employee assistance programs, savings plan options (401K), financial



**Paths**        **Jobs**        **Tools**        **Employer**

Together we are working to ensure a future where everyone can be free and thrive.

Today's challenges are bigger than ever, and the nation needs the best of us. It's why we're focused on hiring, developing and nurturing our diversity. We believe that diversity among our workforce strengthens the organization, stimulates creativity, promotes the exchange of ideas and enriches the work lives of all our employees.

All qualified applicants will receive consideration for employment without regard to race, color, religion, gender, gender identity or expression, sexual orientation, national origin, physical or mental disability, age, or veteran status or any other basis protected by federal, state, or local law. U.S. Citizenship may be required for certain positions.

Do You Need Assistance?

If you need a reasonable accommodation for any part of the employment process, please send an e-mail to buildyourcareer@hii-co.com and let us know the nature of your request and your contact information. Reasonable accommodations are considered on a case-by-case basis. Please note that only those inquiries concerning a request for reasonable accommodation will be responded to from this e-mail address.

Additionally, you may also call 1-844-849-8463 for assistance. Press #2 for Newport News Shipbuilding.

## Use the apply button below to start the application on our partner site.

Apply on employer site

### Find more jobs like this using our Career Search Tool.

Need help with your career search including preparing your resume, networking, company research or even figuring out what kind of job you want? Check out our other career resources.

About Us                          My Account

Find a Jobtree                    FAQ

Terms of Use                      Blogs

Jobs Terms and Conditions         Sitemap

**EXHIBIT B**

THE REARDON LAW FIRM, P.C.
Attorneys at Law
160 Hempstead Street • P.O. Drawer 1430 • New London, CT 06320 • Tel. (860) 442-0444 • Juris No. 102515

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
### Washington, D.C. 20549

## FORM 10-K

☒   **ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**For the fiscal year ended December 31, 2023**
OR

☐   **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

**Commission file number 001-34910**

# HUNTINGTON INGALLS INDUSTRIES, INC.
(Exact name of registrant as specified in its charter)

| | |
|---|---|
| **Delaware** | **90-0607005** |
| (State or other jurisdiction of incorporation or organization) | (I.R.S. Employer Identification No.) |

**4101 Washington Avenue, Newport News, Virginia 23607**
(Address of principal executive offices and zip code)

**(757) 380-2000**
(Registrant's telephone number, including area code)

Securities registered pursuant to section 12(b) of the Act:

| <u>Title of each class</u> | <u>Trading Symbol(s)</u> | <u>Name of each exchange on which registered</u> |
|---|---|---|
| Common Stock | HII | New York Stock Exchange |

Securities registered pursuant to section 12(g) of the Act:
**None**

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act. Yes ☒   No ☐

Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or 15(d) of the Act. Yes ☐   No ☒

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days.   Yes ☒   No ☐

Indicate by check mark whether the registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T (§ 232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit such files).   Yes ☒   No ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, a smaller reporting company, or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company," and "emerging growth company" in Rule 12b-2 of the Exchange Act.

| | | | |
|---|---|---|---|
| Large Accelerated Filer | ☒ | Accelerated filer | ☐ |
| Non-accelerated filer | ☐ | Smaller reporting company | ☐ |
| | | Emerging growth company | ☐ |

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

Indicate by check mark whether the registrant has filed a report on and attestation to its management's assessment of the effectiveness of its internal control over financial reporting under Section 404(b) of the Sarbanes-Oxley Act (15 U.S.C. 7262(b)) by the registered public accounting firm that prepared or issued its audit report. ☒

If securities are registered pursuant to Section 12(b) of the Act, indicate by check mark whether the financial statements of the registrant included in the filing reflect the correction of an error to previously issued financial statements. ☐

Indicate by check mark whether any of those error corrections are restatements that required a recovery analysis of incentive-based compensation received by any of the registrant's executive officers during the relevant recovery period pursuant to § 240.10D-1(b). ☐

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Act).   Yes ☐   No ☒

As of June 30, 2023, the aggregate market value (based upon the closing price of the stock on the New York Stock Exchange) of the registrant's common stock held by non-affiliates was approximately $9,075 million.

As of January 26, 2024, 39,590,687 shares of the registrant's common stock were outstanding.

---

**DOCUMENTS INCORPORATED BY REFERENCE**
Portions of the registrant's Proxy Statement to be filed with the Securities and Exchange Commission pursuant to Rule 14A for the registrant's 2024 Annual Meeting of Stockholders are incorporated by reference in Part III of this Form 10-K.

active service, 23 were delivered by Newport News. Our nuclear submarine program, located at our Newport News shipyard, includes construction, engineering, design, research, and integrated planning.

### Virginia Class (SSN 774) Submarines

We have a teaming agreement with Electric Boat Corporation ("Electric Boat"), a division of General Dynamics Corporation ("General Dynamics"), to build Virginia class (SSN 774) fast attack nuclear submarines. Under the teaming arrangement, we build the stern, habitability and machinery spaces, torpedo room, sail, and bow, while Electric Boat builds the engine room, control room, and pressure hull structure. Work on the reactor plant and the final assembly, test, outfit, and delivery of the submarines to the U.S. Navy alternates between Electric Boat and us.

The four submarines of the first block, six submarines of the second block, and eight submarines of the third block of Virginia class (SSN 774) submarines have been delivered. In 2014, the team was awarded a construction contract for the fourth block of ten Virginia class (SSN 774) submarines, which contemplated production of two submarines per year. The first submarine of the Block IV contract was delivered in 2020, and three more submarines have been delivered through 2023. The remaining six boats of the Block IV contract are in the final assembly and test phases of construction.

In 2019, the team was awarded a construction contract for the fifth block of nine Virginia class (SSN 774) submarines, and, in 2021, an option for a 10th submarine was exercised, continuing the two submarines per year production rate. Ten of the Block V boats are in manufacturing and outfitting stages of construction.

In 2023, the team was awarded a contract modification for advance procurement for long lead-time material in support of two additional Block V boats, bringing the total Block V boats to 12. In addition, the team received a contract award for advance procurement of long-lead-time material in support of the first two Block VI boats.

### Columbia Class (SSBN 826) Submarines

Newport News is participating in the design and construction of the Columbia class (SSBN 826) submarines as a replacement for the current aging Ohio class nuclear ballistic missile submarines ("SSBN"), which were first introduced into service in 1981. The Columbia class (SSBN 826) program currently anticipates 12 new ballistic missile submarines. We perform design work as a subcontractor to Electric Boat, and we have entered into a teaming agreement with Electric Boat to build modules for the entire Columbia class (SSBN 826) submarine program that leverages our Virginia class (SSN 774) experience. Contract award for the first two Columbia class submarines (SSBN 826 and SSBN 827) and construction start of the first Columbia class (SSBN 826) submarine occurred in late 2020. In 2023, we were awarded a contract modification for long-lead-time material and advance construction in support of five additional Columbia class (SSBN 826) boats, also referred to as Build II of the class.

### Naval Nuclear Support Services

Newport News provides additional services to and in support of the U.S. Navy, ranging from services supporting the Navy's carrier and submarine fleets to maintenance services at U.S. Navy training facilities. Fleet support services include design, construction, maintenance, and disposal activities for in-service U.S. Navy nuclear ships worldwide through mobile and in-house capabilities. We also provide maintenance services on nuclear reactor prototypes, such as those at the Kenneth A. Kesselring Site, a research and development facility in New York that supports the U.S. Navy.

## Mission Technologies

Our Mission Technologies segment develops integrated solutions that enable today's connected, all-domain force. Our capabilities include C5ISR systems and operations; the application of Artificial Intelligence ("AI") and machine learning to battlefield decisions; defensive and offensive cyberspace strategies and electronic warfare ("CEW&S"); live, virtual, constructive solutions ("LVC"); unmanned, autonomous systems; fleet sustainment; and critical nuclear operations. Our domain expertise and advanced technologies support our mission partners across the globe.

3

## GLOSSARY OF PROGRAMS

Included below are brief descriptions of some of the programs discussed in this Annual Report on Form 10-K.

| Program Name | Program Description |
|---|---|
| Aircraft carrier RCOH | Perform refueling and complex overhaul ("RCOH") of nuclear-powered aircraft carriers, which is required at the mid-point of their 50-year life cycle. USS John C. Stennis (CVN 74) arrived at Newport News for the start of its RCOH in May 2021, and USS George Washington (CVN 73) was redelivered to the U.S. Navy in May 2023. |
| America class (LHA 6) amphibious assault ships | Design and build large deck amphibious assault ships that provide forward presence and power projection as an integral part of joint, interagency and multinational maritime expeditionary forces. The America class (LHA 6) ships, together with the Wasp class (LHD 1) ships, are the successors to the decommissioned Tarawa class (LHA 1) ships. The America class (LHA 6) ships optimize aviation operations and support capabilities. We are currently constructing Bougainville (LHA 8) and Fallujah (LHA 9). In 2023, we were awarded a long-lead-time material contract for LHA 10 (unnamed). |
| Arleigh Burke class (DDG 51) destroyers | Build guided missile destroyers designed for conducting anti-air, anti-submarine, anti-surface, and strike operations. The Aegis-equipped Arleigh Burke class (DDG 51) destroyers are the U.S. Navy's primary surface combatant, and have been constructed in variants, allowing technological advances during construction. We delivered USS Frank E. Petersen Jr. (DDG 121), Lenah H. Sutcliffe Higbee (DDG 123), and Jack H. Lucas (DDG 125) in 2021, 2022, and 2023, respectively. We have contracts to construct the following Arleigh Burke class (DDG 51) destroyers: Ted Stevens (DDG 128), Jeremiah Denton (DDG 129), George M. Neal (DDG 131), Sam Nunn (DDG 133), Thad Cochran (DDG 135), John F. Lehman (DDG 137), Telesforo Trinidad (DDG 139), Ernest E. Evans (DDG 141), and Charles J. French (DDG 142). |
| Columbia class (SSBN 826) submarines | Design and construct modules for Columbia class (SSBN 826) nuclear ballistic missile submarines ("SSBNs") as a subcontractor to Electric Boat. SSBNs are the most secure and survivable of our nation's nuclear deterrent triad. Columbia class SSBNs will carry approximately 70 percent of the nation's nuclear arsenal. The Columbia class (SSBN 826) program plan of record is to construct 12 new SSBNs to replace the current aging Ohio class. We have a teaming agreement with Electric Boat to build modules for the entire Columbia class (SSBN 826) submarine program that leverages our Virginia class (SSN 774) experience. We have been awarded contracts from Electric Boat for integrated product and process development, providing long–lead–time material and advance construction, and construction of the first two boats of the Columbia class (SSBN 826) submarine program. Construction of the first Columbia class (SSBN 826) submarine began in 2020. In 2023, we received an award modification for long-lead-time material and advance construction for the next five boats. |
| USS Gerald R. Ford class (CVN 78) aircraft carriers | Design and construction for the Ford class program, which is the aircraft carrier replacement program for the decommissioned Enterprise (CVN 65) and Nimitz class (CVN 68) aircraft carriers. USS Gerald R. Ford (CVN 78), the first ship of the Ford class, was delivered to the U.S. Navy in the second quarter of 2017. In June 2015, we were awarded a contract for the detail design and construction of John F. Kennedy (CVN 79), following several years of engineering, advance construction, and purchase of long-lead-time components and material. In addition, we have received awards for detail design and construction of Enterprise (CVN 80) and Doris Miller (CVN 81). This category also includes the class' non-recurring engineering. The class is expected to bring improved warfighting capability, quality of life improvements for sailors, and reduced life cycle costs. |

51

| | |
|---|---|
| *Legend* class National Security Cutter | Design and build the U.S. Coast Guard's National Security Cutters ("NSCs"), the largest and most technically advanced class of cutter in the U.S. Coast Guard. The NSC is equipped to carry out maritime homeland security, maritime safety, protection of natural resources, maritime mobility, and national defense missions. There were 11 ships planned for this program, of which the first ten ships have been delivered, and *Friedman* (NSC 11) is currently under construction. |
| Naval nuclear support services | Provide services to and in support of the U.S. Navy, ranging from services supporting the Navy's carrier and submarine fleets to maintenance services at U.S. Navy training facilities. Naval nuclear support services include design, construction, maintenance, and disposal activities for in-service U.S. Navy nuclear ships worldwide through mobile and in-house capabilities. Services include maintenance services on nuclear reactor prototypes. |
| Nuclear and environmental services | Supports the national security mission of the Department of Energy ("DoE") through the management and operation of DoE sites, as well as the safe cleanup of legacy waste across the country. We meet our clients' toughest nuclear and environmental challenges and are positioned to serve the growing commercial nuclear power plant decommissioning market. We participate in several joint ventures, including Newport News Nuclear BWXT Los Alamos, LLC (" N3B"), Mission Support and Test Services, LLC ("MSTS"), and Savannah River Nuclear Solutions, LLC ("SRNS"), and we are an integrated subcontractor to Triad National Security. N3B was awarded the Los Alamos Legacy Cleanup Contract at the DoE/National Nuclear Security Administration's Los Alamos National Laboratory. MSTS was awarded a contract for site management and operations at the Nevada National Security Site. SRNS provides site management and operations at the DoE's Savannah River Site near Aiken, South Carolina. Triad provides site management and operations at the DoE's Los Alamos National Laboratory. |
| *San Antonio* class (LPD 17) amphibious transport dock ships | Design and build amphibious transport dock ships, which are warships that embark, transport, and land elements of a landing force for a variety of expeditionary warfare missions, and also serve as the secondary aviation platform for Amphibious Readiness Groups. The *San Antonio* class (LPD 17) is the newest addition to the U.S. Navy's 21st century amphibious assault force, and these ships are a key element of the U.S. Navy's seabase transformation. In 2022, we delivered USS *Fort Lauderdale* (LPD 28), and we were awarded a long-lead-time material contract for *Philadelphia* (LPD 32). In 2023, we received an award modification for the detail design and construction of *Philadelphia* (LPD 32). We are currently constructing *Richard M. McCool Jr.* (LPD 29), *Harrisburg* (LPD 30), and *Pittsburgh* (LPD 31). |
| *Virginia* class (SSN 774) fast attack submarines | Construct attack submarines as the principal subcontractor to Electric Boat. The *Virginia* class (SSN 774) is a post-Cold War design tailored to excel in a wide range of warfighting missions, including anti-submarine and surface ship warfare; special operation forces; strike; intelligence, surveillance, and reconnaissance; carrier and expeditionary strike group support; and mine warfare. |

## ITEM 7A. QUANTITATIVE AND QUALITATIVE DISCLOSURES ABOUT MARKET RISK

We are exposed to certain market risks, including those relating to interest rates and inflation.

*Interest Rates* - Our floating rate financial instruments subject to interest rate risk include a Term Loan, a $1.5 billion Revolving Credit Facility, and a $1 billion commercial paper program. As of December 31, 2023, we had $145 million outstanding on the Term Loan and no indebtedness outstanding under our Revolving Credit Facility or our commercial paper program. Based on the amounts outstanding under our Term Loan as of December 31, 2023, an